# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 3:00-cr-00139-LRH (VPC) |
| vs. | ) ORDER CORRECTING CLERICAL |
| | ) MISTAKE REGARDING SENTENCE |
| GARY JONES, | ) |
| Defendant. | ) |

Before the court is Defendant's Emergency Motion (Doc. #103) seeking the correction of an asserted mistake relative to the sentence imposed upon Defendant as a result of the revocation of his supervised release. In it, Defendant's counsel has brought to the court's attention that a clerical mistake was made when the Defendant's sentence was imposed on June 29, 2006. Defendant's counsel asserts that he understood that it was the court's intention that the Defendant's sentence be for a period of time which would have ended on November 15, 2006. Counsel represents that the Bureau of Prisons is calculating an incorrect release date for sometime in December 2006 and seeks an appropriate correction of any clerical error that may have been made concerning the sentence imposed. Counsel represents that the United States Attorney's office has no objection to the clarification of the sentence imposed.

Defendant's Emergency Motion (Doc. #103) will be GRANTED. Upon review of the record and of the Court Reporter's rough transcript of the hearing before this court on June 29, 2006, it was indeed the intention of the court to impose a sentence of six months, which would have commenced on May 15, 2006, and, therefore, ended on November 15, 2006. The date of

1 November 15, 2006, should have been specifically identified by the court in imposing sentence
2 but was not expressly stated. However, that was the court's intention as expressed in open court
3 on June 29, 2006, and the Defendant's sentence is, therefore, corrected accordingly.
4     IT IS THEREFORE ORDERED that the court's record shall reflect that the sentence
5 imposed upon the Defendant was for the appropriate period of time ending on November 15,
6 2006. In the event that the Defendant remains in custody as a result of the sentence imposed, the
7 court requests the Bureau of Prisons to act as expeditiously as possible in accomplishing his
8 release.
9     IT IS SO ORDERED.
10     DATED this 22nd day of November, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE