FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 14 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:00-CR-139-LRH-VPC |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GARY JONES ) | |
| ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#69), sentencing held on September 17, 2004. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: Elko Bureau of Land Management
Amount of Restitution: $23,329.57

Name of Payee: Nevada Division of Forestry
Amount of Restitution: $7,681.58

Name of Payee: Humboldt-Toiyabe National Forest
Amount of Restitution: $1,605.93

**Total Amount of Restitution ordered: $32,617.08\*\***

***Joint and Several with co-defendant Ronald Paiva

Dated this ____5____ day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE